UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                )         BK No.:  13-36942
LaShunda Bradley              )
                                          )
                                          )         Chapter:  13
                                          )
                                          )         Honorable Janet S. Baer
                                          )
        Debtor(s) )

**ORDER GRANTING DEBTOR LEAVE TO FILE LATE CLAIM ON BEHALF OF COMED**

        THIS MATTER coming to be heard on the MOTION FOR LEAVE TO FILE A LATE CLAIM ON BEHALF OF COMED pursuant to 11 U.S.C. sec. 501(c); the Court having jurisdiction, with due notice having been given to all parties in interest; the Court HEREBY ORDERS:

   That the Debtor is granted leave to file a proof of claim on behalf of ComEd no later than April 3, 2014.

                                                                                    Enter:  /s/ Janet S. Baer

                                                                                    Honorable Janet S. Baer
Dated:  March 27, 2014                                                 United States Bankruptcy Judge

**Prepared by:**

Martin A. Lear #6295187
The Law Offices of Ernesto D. Borges, Jr., P.C.
105 W. Madison
Suite 2300
Chicago, Il. 60602